IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3089 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIA D. CARRERA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's Motion to Restrict, filing 39, is granted and the Motion to Review Detention and for Placement (filing 40) shall remain filed as a restricted document.

DATED this 24th day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge