UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3089 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| MARIA CARRERA, | ) | |
| ROBERTO GALVAN, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 28th day of April, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On February 6, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 based upon the Defendants' pleas of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in a 1997 BMW Z3 2.8 convertible, VIN 4USCJ332XVLC0178-6, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on February 16, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on April 17, 2009 (Filing No. 98).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.   All right, title and interest in and to the 1997 BMW Z3 2.8 convertible, VIN 4USCJ332XVLC01786, held by any person or entity, is hereby forever barred and foreclosed.

C.  The  1997 BMW Z3 2.8 convertible, VIN 4USCJ332XVLC01786, be, and the same hereby is, forfeited to the United States of America .

D.  The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 28th day of April, 2009

BY THE COURT:

s/ *RICHARD G. KOPF*, JUDGE
United States District Court